```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**WILLIAM E. STEPHENSON,**

        **Plaintiff,**

      **vs.**                                **Civil Action 2:10-CV-156**
                                                    **Judge Smith**
                                                    **Magistrate Judge King**

**OHIO STATE UNIVERSITY ELECTRO
SCIENCE LABORATORY,** *et al.,*

        **Defendants.**

## ORDER

On February 22, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the *Complaint* be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT**.

                                                 *s/George C. Smith*
                                               George C. Smith, Judge
                                             United States District Court